HONORABLE ROSANNA M. PETERSON

Heather C. Yakely, #28848
Kutak Rock
510 W. Riverside Ave., Ste. 800
Spokane, WA 99201
(509) 747-4040
(509) 747-4545 facsimile
Heather.Yakely@kutakrock.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER TYLER, an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>CHELAN COUNTY, by and through its agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation,<br><br>                          Defendant. | Case No.  2:19-cv-00172-RMP<br><br>DEFENDANT'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES<br><br>**WITH JURY DEMAND** |

COMES NOW Defendant Chelan County by and through the undersigned counsel of the law firm of Kutak Rock LLP, and for Answer to the Plaintiff's Complaint, admit, deny, and allege as follows:

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE
DEFENSES AND JURY DEMAND - page 1
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

I.  NATURE OF THE ACTION

1.1   For answer to paragraph 1.1 of Plaintiff's Complaint, no answer is required. To the extent that any factual allegations are set forth therein, defendant denies the same.

II.  JURISDICTION AND VENUE

2.1   For answer to paragraph 2.1 of Plaintiff's Complaint, Defendant admits the same.

2.2   For answer to paragraph 2.2 of Plaintiff's Complaint, Defendant admits the same.

2.3   For answer to paragraph 2.3 of Plaintiff's Complaint, Defendant admits the same.

III.  PARTIES

3.1   For answer to paragraph 3.1 of Plaintiff's Complaint, Defendant admits the same.

3.2   For answer to paragraph 3.2 of Plaintiff's Complaint, Defendant admits the same.

IV.  ADMINISTRATIVE PROCEDURES

4.1   For answer to paragraph 4.1 of Plaintiff's Complaint, Defendant admits the same.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND - page 2
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

4.2   For answer to paragraph 4.2 of Plaintiff's Complaint, Defendant admits the same.

4.3   For answer to paragraph 4.3 of Plaintiff's Complaint, Defendant admits the same.

## V.   FACTUAL ALLEGATIONS

5.1   For answer to paragraph 5.1 of Plaintiff's Complaint, Defendant admits the same.

5.2   For answer to paragraph 5.2 of Plaintiff's Complaint, Defendant denies the same.

5.3   For answer to paragraph 5.3 of Plaintiff's Complaint, Defendant denies the first sentence as it is taken out of context. Defendant further denies that the email emboldened or caused any alleged discrimination or harassment. Defendant is without sufficient information to admit or deny any reasoning by Ms. Tyler in which "gave rise" to the filing of this suit. Defendants further deny the remainder of the paragraph.

5.4   For answer to paragraph 5.4 of Plaintiff's Complaint, Defendant denies the same.

5.5   For answer to paragraph 5.5 of Plaintiff's Complaint, Defendant denies the same.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND - page 3
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

5.6     For answer to paragraph 5.6 of Plaintiff's Complaint, Defendant denies the same.

5.7     For answer to paragraph 5.7 of Plaintiff's Complaint, Defendant denies the same.

5.8     For answer to paragraph 5.8 of Plaintiff's Complaint, Defendant denies the same.

5.9     For answer to paragraph 5.9 of Plaintiff's Complaint, Defendant denies the same.

## VI.    CLAIMS FOR RELIEF

**FIRST CLAIM FOR RELIEF:** Discrimination (Hostile Work Environment) based on sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2(a)

6.1     For answer to paragraph 6.1 of Plaintiff's Complaint, Defendant admits or denies as set forth above.

6.2     For answer to paragraph 6.2 of Plaintiff's Complaint, Defendant's deny to any factual allegations, as to any legal statements no answer is required.

6.3     For answer to paragraph 6.3 of Plaintiff's Complaint, Defendant denies the same.

6.4     For answer to paragraph 6.4 of Plaintiff's Complaint, Defendant denies any wrongdoing as to any factual allegations.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE
DEFENSES AND JURY DEMAND - page 4
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

**SECOND CLAIM FOR RELIEF:** Discrimination (Harassment) based on sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2(a)

6.5     For answer to paragraph 6.5 of Plaintiff's Complaint, Defendant admits or denies as set forth above.

6.6     For answer to paragraph 6.6 of Plaintiffs' Complaint, Defendant's deny to any factual allegations, as to any legal statements no answer is required.

6.7     For answer to paragraph 6.7 of Plaintiffs' Complaint, Defendant denies the same.

6.8     For answer to paragraph 6.8 of Plaintiff's Complaint, Defendant denies any wrongdoing as to any factual allegations.

**THIRD CLAIM FOR RELIEF:** Discrimination based on sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2(a)

6.9     For answer to paragraph 6.9 of Plaintiff's Complaint, Defendant admits or denies as set forth above.

6.10     For answer to paragraph 6.10 of Plaintiff's Complaint, no answer is required as it sets forth legal standards, only to the extent that any fact is set forth defendants deny the same.

6.11     For answer to paragraph 6.11 of Plaintiff's Complaint, Defendant denies the same.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE
DEFENSES AND JURY DEMAND - page 5
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

6.12    For answer to paragraph 6.12 of Plaintiff's Complaint, Defendant denies the same.

6.13    For answer to paragraph 6.13 of Plaintiff's Complaint, Defendant denies the same.

6.14    For answer to paragraph 6.14 of Plaintiff's Complaint, Defendant denies the same.

6.15    For answer to paragraph 6.15 of Plaintiff's Complaint, Defendant denies any wrongdoing as to any factual allegations.

**FOURTH CLAIM FOR RELIEF:** Retaliation in violation of Title VII of the Civil Rights Act of 1964, *as amended,* 42 U.S.C. § 2000e-2(a).

6.16    For answer to paragraph 6.16 of Plaintiff's Complaint, Defendant admits or denies as set forth above.

6.17    For answer to paragraph 6.17 of Plaintiff's Complaint, no answer is required as it sets forth legal standards, only to the extent that any fact is set forth defendants deny the same.

6.18    For answer to paragraph 6.18 of Plaintiff's Complaint, Defendant is without sufficient information to admit or deny the first sentence. Defendants deny Sheriff Burnett took any adverse action against Plaintiff. Defendants are further without sufficient information to admit or deny the remainder of the paragraph.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE
DEFENSES AND JURY DEMAND - page 6
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

6.19    For answer to paragraph 6.19 of Plaintiff's Complaint, Defendant denies the same.

6.20    For answer to paragraph 6.20 of Plaintiff's Complaint, Defendant denies the same.

6.21    For answer to paragraph 6.21 of Plaintiff's Complaint, Defendant denies the same.

6.22    For answer to paragraph 6.22 of Plaintiff's Complaint, Defendant denies the same.

6.23    For answer to paragraph 6.23 of Plaintiff's Complaint, Defendant denies any wrongdoing as to any factual allegations.

**FIFTH CLAIM FOR RELIEF:** Discrimination (Hostile Work Environment) based on sex in violation of Washington Law Against Discrimination (WLAD), RCW 49.60.180.

6.24    For answer to paragraph 6.24 of Plaintiff's Complaint, Defendant admits or denies as set forth above.

6.25    For answer to paragraph 6.25 of Plaintiff's Complaint, no answer is required as it sets forth legal standards, only to the extent that any fact is set forth defendants deny the same.

6.26    For answer to paragraph 6.26 of Plaintiff's Complaint, Defendant denies the same.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE
DEFENSES AND JURY DEMAND - page 7
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

6.27   For answer to paragraph 6.27 of Plaintiff's Complaint, Defendant denies the same.

6.28   For answer to paragraph 6.28 of Plaintiff's Complaint, Defendant denies any wrongdoing as to any factual allegations.

**SIXTH CLAIM FOR RELIEF:** Discrimination (Harassment) based on sex in violation of the Washington Law Against Discrimination, (WLAD), RCW 49.60.180.

6.29   For answer to paragraph 6.29 of Plaintiff's Complaint, Defendant admits or denies as set forth above.

6.30   For answer to paragraph 6.30 of Plaintiff's Complaint, no answer is required as it sets forth legal standards, only to the extent that any fact is set forth defendants deny the same.

6.31   For answer to paragraph 6.31 of Plaintiff's Complaint, Defendant denies the same.

6.32   For answer to paragraph 6.32 of Plaintiff's Complaint, Defendant denies the same.

6.33   For answer to paragraph 6.33 of Plaintiff's Complaint, Defendant denies any wrongdoing as to any factual allegations.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND - page 8
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

**SEVENTH CLAIM FOR RELIEF:** Discrimination based on sex in violation of the Washington Law Against Discrimination, (WLAD), RCW 49.60.180.

6.34   For answer to paragraph 6.34 of Plaintiff's Complaint, Defendant admits or denies as set forth above.

6.35   For answer to paragraph 6.35 of Plaintiff's Complaint, no answer is required as it sets forth legal standards, only to the extent that any fact is set forth defendants deny the same.

6.36   For answer to paragraph 6.36 of Plaintiff's Complaint, Defendant denies the same.

6.37   For answer to paragraph 6.37 of Plaintiff's Complaint, Defendant denies the same.

6.38   For answer to paragraph 6.38 of Plaintiff's Complaint, Defendant denies the same.

6.39   For answer to paragraph 6.39 of Plaintiff's Complaint, Defendant denies the same.

6.40   For answer to paragraph 6.40 of Plaintiff's Complaint, Defendant denies any wrongdoing as to any factual allegations.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE
DEFENSES AND JURY DEMAND - page 9
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

**EIGHTH CLAIM FOR RELIEF:** Retaliation in violation of the Washington Law Against Discrimination, (WLAD), RCW 49.60.210.

6.41 For answer to paragraph 6.41 of Plaintiff's Complaint, Defendant admits or denies as set forth above.

6.42 For answer to paragraph 6.42 of Plaintiff's Complaint, no answer is required as it sets forth legal standards, only to the extent that any fact is set forth defendants deny the same.

6.43 For answer to paragraph 6.43 of Plaintiff's Complaint, Defendant denies the first three sentences, further, Defendant is without sufficient information to admit or deny the reasoning's why Plaintiff ran for office.

6.44 For answer to paragraph 6.44 of Plaintiff's Complaint, Defendant denies the same.

6.45 For answer to paragraph 6.45 of Plaintiff's Complaint, Defendant denies the same.

6.46 For answer to paragraph 6.46 of Plaintiff's Complaint, Defendant denies the same.

6.47 For answer to paragraph 6.47 of Plaintiff's Complaint, Defendant denies the same.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND - page 10
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

6.48   For answer to paragraph 6.48 of Plaintiff's Complaint, Defendant denies any wrongdoing as to any factual allegations.

**NINTH CLAIM FOR RELIEF:** Negligence in violation of Washington common law.

6.49   For answer to paragraph 6.49 of Plaintiff's Complaint, Defendant admits or denies as set forth above.

6.50   For answer to paragraph 6.50 of Plaintiff's Complaint, no answer is required as it sets forth legal standards, only to the extent that any fact is set forth defendants deny the same.

6.51   For answer to paragraph 6.51 of Plaintiff's Complaint, Defendant denies the same.

### VII.   PRAYER FOR RELIEF

No Answer is required to Plaintiff's Prayer for Relief.

### AFFIRMATIVE DEFENSES

For further answer, and as affirmative defenses, Defendant alleges as follows:

1.   Plaintiffs' Complaint fails to state a cause of action against the County, pursuant to *Monell v. Department of Social Services of the City of New York*, 436 U.S. 658, 98 S.Ct. 2018 (1978), there can be no recovery for a federal

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE
DEFENSES AND JURY DEMAND - page 11
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

civil rights violation when there is no constitutional deprivation occurring pursuant to governmental custom, policy or practice;

2. Plaintiff's Complaint fails to state a claim upon which relief may be granted;

3. Defendant is entitled to absolute and/or qualified immunity;

4. Plaintiff's own actions proximately caused and/or contributed to any allegedly resulting injuries or damages;

5. All actions taken by this Answering Defendant of which Plaintiff complains were based upon legitimate and legal factors, and not related to any retaliatory motives of it.

6. Plaintiff's claims are barred in whole, or in part, by the doctrine of unclean hands.

7. Plaintiff's claims may be barred in whole or in part by the doctrines of estoppel, waiver, and/or laches.

8. Pending discovery, Plaintiff's claims may be subject to some of the defenses set forth in Court Rule 12(b).

9. Pending discovery, Defendants reserve their right to assert the defense of after-acquired evidence.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE
DEFENSES AND JURY DEMAND - page 12
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

10. Plaintiff's claims may be barred in whole or in part to the extent that Plaintiff failed to properly exhaust statutory, regulatory, internal, or administrative procedures, requirements and remedies.

11. Without conceding that Plaintiff has suffered any damage(s) as a result of any alleged wrongdoing, any claim for relief must be set off and/or reduced by wages, compensation, pay and benefits, or any other earnings or remunerations, profits, and benefits actually received by Plaintiff.

12. Without conceding that Plaintiff has suffered any damage(s) as a result of any wrongdoing, Plaintiff may have failed to act reasonably to mitigate the damages she has alleged.

13. Defendant Chelan County's actions or conduct, in their individual and/or official capacity, were reasonable at all times relevant hereto and were undertaken in good faith;

14. Defendant Chelan County acted with reasonable care;

15. Defendant Chelan County reserves the right to amend their Answer to include additional affirmative defenses and/or counterclaim that may more fully develop and/or any counterclaim to third party action that may be appropriate.

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND - page 13
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

## **PRAYER FOR RELIEF**

WHEREFORE, having fully answered Plaintiffs' Complaint and having set forth their affirmative defenses, Defendant prays for the following relief:

1. That Plaintiff's action be dismissed with Plaintiff taking nothing thereby;

2. Leave to amend this Answer to conform to proof later discovered, pleaded, or offered;

3. An award of reasonable attorneys' fees and costs incurred in responding to and defending against Plaintiff's claims in this action; and

4. For other and further relief as the Court deems just and equitable.

## **DEMAND FOR JURY**

Defendants hereby demand a Jury trial for all issues so triable.

DATED this 8th day of July, 2019.

KUTAK ROCK, LLP

By: /s/ Heather C. Yakely
Heather C. Yakely, #28848
Attorney for Defendant
Kutak Rock, LLP
510 W. Riverside Ave., Ste. 800
Spokane, WA 99201
(509) 747-4040
(509) 747-4545 facsimile
Heather.Yakely@kutakrock.com

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND - page 14
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Michael J. Kelly:     mike@gehrkelawoffices.com

Joseph O. Baker:     joseph@gehrkelawoffices.com

KUTAK ROCK LLP

By   s/ Heather C. Yakely
Heather C. Yakely, #28848
Attorneys for Defendant
Kutak Rock, LLP
510 W. Riverside Ave., Ste. 800
Spokane, WA 99201
(509) 747-4040
(509) 747-4545 facsimile
Heather.Yakely@kutakrock.com

DEFENDANT'S ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND - page 15
4842-4306-8571.1

Kutak Rock LLP
510 W. Riverside, Suite 800
Spokane, WA 99201-0506
(509) 747-4040; fax (509) 747-4545