UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER TYLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHELAN COUNTY, by and through its agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation,<br><br>Defendant. | NO. 2:19-CV-172-RMP<br><br>**JOINT STATUS REPORT OF THE PARTIES RE: STAY AND GRIEVANCE PROCEEDINGS** |

COME NOW, the parties, by and through their respective undersigned counsel, and hereby submit this Joint Status Update as required by the Court in its Order on the Parties Joint Motion to Stay (ECF #10). This Joint Status Update was ordered to be filed on or before August 7, and it is 1 court day overdue, due to Plaintiff's Counsels' mistake in calendaring the deadline.

JOINT STATUS REPORT OF THE PARTIES RE: STAY AND
GRIEVANCE PROCEEDINGS
- 1

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

Plaintiff's Counsel apologize for the delay.

## I.    **STATUS**

Chelan County and the Chelan County Sheriff's Officers' Guild have not yet completed arbitration in this matter. With regard to the arbitration, both parties are represented by other counsel, not involved in this case, and the exact status of the arbitration in that matter is not currently known. In the interim, Counsel for the parties on this case have discussed the possibility of a mediation in attempt to come to a "global" resolution of both the Guild arbitration matter and the instant case. Counsel have been, as yet, unable to agree on various aspects of any such proposed mediation, and none is currently scheduled. Counsel and the parties continue to work toward those ends, however, it remains a possibility that the Guild matter arbitration will go forward, after which the parties would request that this Court lift the stay in the instant case.

JOINT STATUS REPORT OF THE PARTIES RE: STAY AND GRIEVANCE PROCEEDINGS - 2

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

JOINTLY SUBMITTED, this 10th day of August, 2020.

        GEHRKE, BAKER, DOULL & KELLY
22030 7TH Ave. S., Ste. 202
Des Moines, WA 98198
Telephone: (206) 878-4100
Fax: (206) 878-4100

By:      /s/ Michael J. Kelly_____
       Michael J. Kelly, WSBA #31816

/s/ Joseph O. Baker_____
Joseph O. Baker, WSBA #32203

KUTAK ROCK LLP
510 West Riverside Avenue, Ste 800
Spokane, WA 99201
Telephone:   (509) 747-4040
Fax:         (509) 747-4545

By:      /s/ Heather C. Yakely_____
       Heather C. Yakely, WSBA #28848

JOINT STATUS REPORT OF THE PARTIES RE: STAY AND GRIEVANCE PROCEEDINGS - 3

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX