UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER TYLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHELAN COUNTY, by and through its agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation,<br><br>Defendant. | NO. 2:19-CV-172-MKD<br><br>**MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL**<br><br>4/20/2023<br>Without Oral Argument |

COMES NOW, the plaintiff Jennifer Tyler by and through her undersigned counsel, and hereby submits this Motion for Withdrawal of Counsel. The facts and reasons for the motion are set forth herein, below.

I. **FACTS RELEVANT TO THE MOTION**

Plaintiff Jennifer Tyler filed this employment discrimination lawsuit on

MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL - 1

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

May 17, 2019, alleging gender discrimination, harassment, and retaliation in violation of both Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000e-2(a) and the Washington Law Against Discrimination, RCW 49.60 *et. seq.*, as well negligence under Washington state common law.

After of the filing of this Complaint, additional claims arose and other matters were resolved. Thereafter, various professional, personal, and/or medical matters arose for counsel for both parties, and the case was continued several times for these reasons. The parties agreed to temporarily forestall completion of discovery to pursue mediation, which has now been concluded as unsuccessful. The parties agreed that neither could entertain trial until at least November, 2023 due to the delay, with reset deadlines allowing for completion of discovery. Plaintiff has requested that the undersigned withdraw from representing her and the undersigned thus cannot, unfortunately, remain in the case. The undersigned has spoken to attorney Mary Schultz, whom Plaintiff also contacted, and Ms. Schultz has agreed to step in if sufficient time is given to evaluate the status of discovery, and the past and current deadlines, including agreement to move the trial out until at least November 2023. Ms. Schultz has given notice that this date may or may not be feasible based upon what is discovered as this case has an extensive historical background. The undersigned

MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL - 2

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

therefore requests withdrawal, having made best efforts at obtaining a substitute attorney. Plaintiff has requested that undersigned counsel withdraw and seek an extension of all dates to enable Attorney Mary Schultz to assess this and appear as counsel. Mary Schultz has agreed to the undersigned's submission of this motion naming her, but subject to the foregoing.

## II. MOTION

Plaintiff Jennifer Tyler, through undersigned counsel, respectfully requests that this Court grant this Motion for Withdrawal of Counsel allowing her undersigned counsel Michael Kelly and Joseph Baker to withdraw and to provide time to enable Mary Schultz to review and appear on Plaintiffs behalf, at the express wish of Ms. Tyler, and Ms. Schultz's tacit agreement to appear if agreements in place and the court will allow for further discovery and continuance of trial such that she can prepare herself as she believes necessary.

MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL - 3

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

RESPECTFULLY SUBMITTED, this 21st day of March, 2023.

                              GEHRKE, BAKER, DOULL & KELLY
                              22030 7TH Ave. S., Ste. 202
                              Des Moines, WA 98198
                              Telephone: (206) 878-4100
                              Fax: (206) 878-4100

By:                    /s/ Michael J. Kelly
                              Michael J. Kelly, WSBA #31816

                              /s/ Joseph O. Baker
                              Joseph O. Baker, WSBA #32203

MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL - 4

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX