MARY SCHULTZ  
MARY SCHULTZ LAW, P.S.  
2111 E. Red Barn Lane  
Spangle, WA 99031  
Tel: (509) 245-3522, Ext. 1  
E-mail: Mary@MSchultz.com  

Hon. Mary K. Dimke

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER TYLER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHELAN COUNTY and CHELAN COUNTY SHERIFF'S OFFICE,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00172-MKD<br><br>NOTICE OF APPEARANCE FOR PLAINTIFF JENNIFER TYLER |

TO:　THE CLERK OF THE COURT; and

TO:　DEFENDANTS CHELAN COUNTY through the CHELAN COUNTY

　　　SHERIFF'S OFFICE, and your attorney, Heather C. Yakely.

　　　PLEASE TAKE NOTICE that Mary Schultz of Mary Schultz Law, P.S.,

enters an appearance for Plaintiff Jennifer Tyler, and requests that all further

NOTICE OF APPEARANCE  
Page 1 of 3

Mary Schultz Law, P.S.

2111 E. Red Barn Lane  
Spangle, WA 99031  
(509) 245-3522  
Mary@MSchultz.com

pleadings be served upon said undersigned attorney at the email address stated below.

        Dated this 23rd day of March, 2023.

        MARY SCHULTZ LAW, P.S.

        */s/Mary Schultz*
        Mary Schultz, WSBA # 14198
        Attorney for Plaintiff
        Mary Schultz Law, P.S.
        2111 E. Red Barn Lane
        Spangle, WA 99031
        Tel: (509) 245-3522, Ext. 1
        E-mail: Mary@MSchultz.com

NOTICE OF APPEARANCE
Page 2 of 3

Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of March, 2023, she electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel and parties registered for the above case in the ECF system.

Dated this 23rd day of March, 2023.

MARY SCHULTZ LAW, P.S.

*/s/Mary Schultz*
Mary Schultz, WSBA # 14198
Attorney for Plaintiff
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Tel: (509) 245-3522, Ext. 1
E-mail: Mary@MSchultz.com



2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com