MARY SCHULTZ  
MARY SCHULTZ LAW, P.S.  
2111 E. Red Barn Lane  
Spangle, WA 99031  
Tel: (509) 245-3522, Ext. 1  
E-mail: Mary@MSchultz.com  

*Attorney for Plaintiff*

Hon. Mary K. Dimke

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER TYLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHELAN COUNTY and CHELAN COUNTY SHERIFF'S OFFICE,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00172-MKD<br><br>DECLARATION OF MARY SCHULTZ<br><br>Hearing Date:　April 12, 2023 requested<br>Hearing Time: 11:00 a.m.<br><br>*With Oral Argument* |

　　　Mary Schultz, being first duly sworn upon oath, declares and states as follows:

　　　1.　I am the attorney for Plaintiff Jennifer Tyler. I appeared in the case on March 23, 2023 because of what I understood to be issues Plaintiff's counsel was having with moving forward through no fault of the client.

　　　2.　A pretrial hearing is scheduled in the above for April 12, 2023 at

DECLARATION OF MARY SCHULTZ

Page 1 of 6

2111 E. Red Barn Lane  
Spangle, WA 99031  
(509) 245-3522  
Mary@MSchultz.com

11:00 a.m. I ask that the accompanying motion to continue trial be heard at that time, and I request that a new (fifth) scheduling order issue.

3. Plaintiff's Complaint was filed on May 17, 2019, ECF 1, while Plaintiff was still employed as a Deputy Sheriff in the Chelan County Sheriff's Office. (Complaint at 3.1). Defendants apparently fired her on August 29, 2019, but her complaint has not been amended to include the retaliatory termination. The complaint does not include a tort claim for intentional infliction of emotional distress, which is necessary.

4. The case is not remotely ready for trial. Discovery is not complete, nor, in many respects, does it appear to have been started.

5. The case has a complicated history that involves a prior jury trial in 2018, a collective bargaining process that apparently went on while this federal action was stayed for some unknown reason, certain releases of claims have apparently been executed in the context of ancillary proceedings, and there were more than one such proceeding. I believe that Plaintiff may have bargained away her economic loss claim, which would have likely continued until the expected date of her retirement otherwise and I am unclear as to how or why that happened while this federal action for wage loss was pending. I was told by Mr. Kelly

DECLARATION OF MARY SCHULTZ

Page 2 of 6

MARY SCHULTZ LAW, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

about an offer of judgment having been made, which I have not seen.

6. There has been some exchange of discovery documents, but I am still trying to obtain all discovery and prior counsel's file. The documents I have been linked to are not extracted as exhibits or in categories for deposition or trial use.

7. There appear to have been no depositions taken by Plaintiff. It appears as though the defense may have taken a portion of the deposition of my client, but there is no transcript.

8. I received, today, one note of a witness interview.

9. Today, I received the trial transcripts I requested from the 2018 trial today which can assist in addressing what is and is not at issue in this case.

10. There appear to be no experts yet disclosed by either side, or, potentially, experts retained. Again, depending on the discovery, it would be my intention to obtain expert testimony in particular relative to the psychological aspects of this case of what at least appears to be ongoing harassment and trauma to a plaintiff over a period of years.

11. There has evidently been no counseling to fall back on, recommended, nor provided for, nor any Independent Medical Exams (IME). It

DECLARATION OF MARY SCHULTZ

Page 3 of 6

2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

is possible that the County used the ancillary collective bargaining process to settle that aspect without IME evidence, which means there is no such evidence now available to me.

12. I am told that there were a number of agreements that were made between counsel, but I have not received evidence of what those agreements were, if they were reduced to emails, writings or notes, or letters.

13. I accepted this case with an understanding that Plaintiff's counsel was unable to move forward with the claim for his and his firm's own reasons, which had nothing to do with the client, Jennifer Tyler. I understood that these issues caused the difficulties in counsel developing the discovery. Presenting Ms. Tyler's claim requires time to sort out what is and what is not here, and then literally start from near scratch to develop what is available.

14. It is my belief that some of the witnesses that were employed by the County are no longer employed there, and I am unclear as to whether County Counsel will produce those witnesses for depositions, or require that I issue process to them.

15. I am a sole-practitioner operating with one full-time paralegal, one contract paralegal, and a call screener. I am unable to meaningfully develop this

DECLARATION OF MARY SCHULTZ

Page 4 of 6

Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

case by November 2023. I have a trial docket through February 2024, with other cases also being set in early 2024.

16. I request that this trial date be reset to April 2024, with all compliance deadlines reissued, starting with amendment deadlines. I ask for a new discovery cutoff date of January 31, 2023.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Signed at Spokane County, Washington on this 4th day of April, 2023.

MARY SCHULTZ LAW, P.S.

*/s/Mary Schultz*
Mary Schultz, WSBA # 14198
Attorney for Plaintiff
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Tel: (509) 245-3522, Ext. 1
E-mail: Mary@MSchultz.com

DECLARATION OF MARY SCHULTZ
Page 5 of 6

2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com

CERTIFICATE OF SERVICE

The undersigned certifies that on the 4th day of April, 2023, she electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel and parties registered for the above case in the ECF system.

Dated this 4th day of April, 2023.

MARY SCHULTZ LAW, P.S.

/s/Mary Schultz
Mary Schultz, WSBA # 14198
Attorney for Plaintiff
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, WA 99031
Tel: (509) 245-3522, Ext. 1
E-mail: Mary@MSchultz.com



2111 E. Red Barn Lane
Spangle, WA 99031
(509) 245-3522
Mary@MSchultz.com