Jeffrey A. James, WSBA #18277
Amanda V. Masters, WSBA #46342
SEBRIS BUSTO JAMES
15375 SE 30th Place, Suite 310
Bellevue, Washington 98007
Telephone: (425) 454-4233

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER TYLER, an individual,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CHELAN COUNTY, by and through its agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation,<br><br>　　　Defendants. | Case No. 2:19-CV-00172-MKD<br><br>DECLARATION OF JEFFREY A. JAMES IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT<br><br>10/06/2023<br>Without Oral Argument |

I, Jeffrey A. James, declare as follows:

1.     I am one of the attorneys representing Defendants Chelan County and Chelan County Sheriff's Office (collectively "Chelan County" or "Defendants"). I have personal knowledge of the following facts.

2.     I have discussed Plaintiff's lawsuit with her counsel, Mary Schultz, specifically, the Settlement Agreement and Mutual Release of Claims ("Settlement

DECLARATION OF JEFFREY A. JAMES IN SUPPORT OF
DEFENDANTS' MOTION TO ENFORCE THE
PARTIES' SETTLEMENT AGREEMENT - 1
*Jennifer Tyler v. Chelan County, et al.*, Case No. 2:19-cv-00172-MKD

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233 / Fax: (425) 453-9005

Agreement") entered into between Chelan County, Plaintiff, and the Chelan County Deputy Sheriffs Association (Plaintiff's union). Ms. Schultz has conveyed her belief that Plaintiff is not precluded from calling an expert on economic damages or from seeking lost wages from Chelan County. My understanding is that Ms. Schultz believes that Plaintiff did not knowingly enter into the Settlement Agreement and is not bound by its terms.

3.    Ms. Schultz communicated to me that Chelan County would need to file a motion to enforce the terms of the Settlement Agreement to preclude Plaintiff from seeking economic damages in this matter. We agreed to stipulate to extend the deadline for designating economic damages experts until after the Court issues a ruling.

4.    Plaintiff was a sophisticated litigant and represented by legal counsel at the time she executed the Settlement Agreement. ECF No. 1, ¶ 5.1. She had arbitrated her termination in 2010 and had been ordered reinstated in 2013. *Id.* She engaged in a jury trial against Chelan County from February 26-March 7, 2018. *Id.* She filed her present action on May 17, 2019, nearly two years prior to signing the Settlement Agreement. *See* ECF No. 1. At the time she signed the Settlement Agreement she was represented by the law firm Gehrke, Baker, Doull & Kelly. *Id.*

DECLARATION OF JEFFREY A. JAMES IN SUPPORT OF
DEFENDANTS' MOTION TO ENFORCE THE
PARTIES' SETTLEMENT AGREEMENT - 2
*Jennifer Tyler v. Chelan County, et al.*, Case No. 2:19-cv-00172-MKD

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233 / Fax: (425) 453-9005

1    5.    Defendants have incurred more than $7,342.50 in attorney fees in

2   seeking to enforce the Settlement Agreement.

3    I declare under penalty of perjury under the laws of the State of Washington

4   that the foregoing is true and correct, to the best of my knowledge.

5    DATED this 6th day of September 2023, in Bellevue, Washington.

6    SEBRIS BUSTO JAMES

7    s/ Jeffrey A. James
     Jeffrey A. James, WSBA #18277

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF JEFFREY A. JAMES IN SUPPORT OF
DEFENDANTS' MOTION TO ENFORCE THE
PARTIES' SETTLEMENT AGREEMENT - 3
*Jennifer Tyler v. Chelan County, et al.*, Case No. 2:19-cv-00172-MKD

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233 / Fax: (425) 453-9009

**Certificate of Service**

I, Jeffrey A. James, certify under penalty of perjury under the laws of the United States that, on September 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

*Attorney for Plaintiff:*

Mary Schultz
Mary Schultz Law, P.S.
2111 E. Red Barn Lane
Spangle, Washington 99031
Mary@MSchultz.com

s/ Jeffrey A. James
Jeffrey A. James, WSBA #18277
Attorneys for Defendants
Sebris Busto James P.S.
15375 SE 30th Place, Suite 310
Bellevue, Washington 98007
(425) 454-4233
jjames@sbj.law

DECLARATION OF JEFFREY A. JAMES IN SUPPORT OF
DEFENDANTS' MOTION TO ENFORCE THE
PARTIES' SETTLEMENT AGREEMENT - 4
*Jennifer Tyler v. Chelan County, et al.*, Case No. 2:19-cv-00172-MKD

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233 / Fax: (425) 453-9005