The HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JENNIFER TYLER, an individual,

    Plaintiff,

  v.

CHELAN COUNTY, by and through its agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington municipal corporation.

    Defendants.

Case No. 2:19-CV-00172-MKD

STIPULATED NOTICE OF SETTLEMENT

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that a settlement has been reached in this matter and the parties intend to file a Notice of Dismissal within 45 days upon completion of all contingencies.

    Accordingly, the Parties hereby stipulate to and respectfully request a temporary stay of this matter, including but not limited to the deadlines set out by this Court and all additional deadlines outlined in the local and Federal Civil rules.

STIPULATED NOTICE OF SETTLEMENT - 1
*Tyler v. Chelan County, et al.* – Case No. 2:19-CV-00172-MKD

Dated this 13th day of May, 2024.

| MARY SCHULTZ LAW, P.S. | SEBRIS BUSTO JAMES |
|---|---|
| s/Mary Schultz (per email authorization)<br>Mary Schultz, WSBA No. 14198<br>2111 E. Red Barn Lane<br>Spangle, WA 99031<br>Phone: 509-245-3522<br>Email: mary@mschultz.com<br><br>*Attorney for Plaintiff Jennifer Tyler* | s/Jeffrey A. James<br>Jeffrey A. James, WSBA No. 18277<br>Amanda V. Masters, WBSA No. 46342<br>15375 SE 30th Place, Suite 310<br>Bellevue, WA 98007<br>Phone: 425-454-4233<br>Email: jjames@sbj.law<br>         amasters@sbj.law<br><br>*Attorneys for Defendants Chelan County and Chelan County Sheriff's Office* |

STIPULATED NOTICE OF SETTLEMENT - 2
*Tyler v. Chelan County, et al.* – Case No. 2:19-CV-00172-MKD

# CERTIFICATE OF SERVICE

I, Jeffrey A. James, certify under penalty of perjury under the laws of the State of Washington that, on May 13, 2024, I caused to be served the attached document to the individuals listed below in the manner shown next to their names:

<u>Attorneys for Plaintiff</u>:

| | |
|---|---|
| Mary Schultz, WSBA No. 14198<br>2111 E. Red Barn Lane<br>Spangle, WA 99031<br>Phone: 509-245-3522<br>Email: mary@mschultz.com | ☐ By U.S. Mail<br>☐ By Federal Express<br>☐ By Facsimile<br>☐ By ABC Messenger<br>☒ By Electronic Mail<br>☒ By E-service |

s/ Jeffrey A. James
Jeffrey A. James

STIPULATED NOTICE OF SETTLEMENT - 3
*Tyler v. Chelan County, et al.* – Case No. 2:19-CV-00172-MKD

**SEBRIS BUSTO JAMES**
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233