FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER TYLER, | No. 2:19-CV-00172-MKD |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | **ECF No. 83** |
| CHELAN COUNTY and CHELAN COUNTY SHERIFF'S OFFICE, | |
| Defendants. | |

    Before the Court is the parties' Stipulation of Dismissal. ECF No. 83. The parties stipulate to the dismissal of this case. Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by all parties that have appeared. The instant stipulation is signed by counsel for all remaining parties and seeks dismissal with prejudice, without an award of costs.

    Accordingly, **IT IS HEREBY ORDERED:**

ORDER - 1

1. Pursuant to Rule 41(a)(1)(A)(ii), LCivR 41(a)(1)(B), and the parties' stipulation, this case is **DISMISSED with prejudice**, without an award of fees or costs.

2. All pending hearings and deadlines, if any, are **STRICKEN**.

3. All pending motions, if any, are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED June 20, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2